IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.    10-cv-02432-PAB-MJW

JOHN HINES,

Plaintiff(s),

v.

CITY OF ASPEN,

Defendant(s).

_____

MINUTE ORDER

_____

It is hereby ORDERED that the Unopposed Motion to Amend Caption, DN 27, filed with the Court on February 25, 2011, and the caption in Civil Action No.: 10-cv-02432-PAB-MJW is amended as set forth above, dismissing Defendants Charles Bailey, Mark Feinsinger and Phil Overyender, with the only remaining Defendant being the **City of Aspen.**

Date:  February 28, 2011